HENRY L. SELF III (CA Bar No. 223153)
**YU LESEBERG, A Professional Law Corporation**
1645 Vine St., Penthouse 1002
Los Angeles, California 90028
Tel: (310) 286-7667
Fax: (323) 872-4156
Email: hself@yuberg.com

JAMES D. WEINBERGER (*pro hac vice* application forthcoming)
PARKER C. EUDY (*pro hac vice* application forthcoming)
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900
Fax: (212) 813-5901
Email:  jweinberger@fzlz.com
Email:  peudy@fzlz.com

*Attorneys for Plaintiffs*
BURTON CUMMINGS and
RANDOLPH BACHMAN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURTON CUMMINGS, an individual; and RANDOLPH BACHMAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL JAMES KALE, an individual; GARRY PETERSON, an individual; THE GUESS WHO, a Canadian partnership; and DOES 1–10, <br><br> Defendants. | Case Number: 2:23-cv-9130 <br><br> **COMPLAINT FOR:** <br><br> (1) Federal False Advertising, 15 U.S.C. § 1125(a) <br><br> (2) California Unfair Competition, Cal. Bus. & Prof. Code § 17200 <br><br> (3) California False Advertising, Cal. Bus. & Prof. Code § 17500 <br><br> (4) Violation of Right of Publicity <br><br> **DEMAND FOR JURY TRIAL** |

COMPLAINT

Plaintiffs Burton Cummings ("Cummings") and Randolph "Randy" Bachman ("Bachman") (collectively, "Plaintiffs"), through Plaintiffs' attorneys Yu Leseberg, A Professional Law Corporation and Fross Zelnick Lehrman & Zissu, P.C., for their complaint against defendants Michael James Kale ("Kale"), Garry Peterson ("Peterson"), The Guess Who (the "Partnership") and Does 1–10 (together with Kale, Peterson and the Partnership, "Defendants"), allege as follows:

## Introduction

1.      Cummings, Bachman, Kale and Peterson are the original four members of The Guess Who (the "Original TGW"), one of the most successful and well-known rock bands of the mid 1960s and 1970s, and the first Canadian rock band to reach international acclaim achieving a Billboard Top 10 in the United States in 1969. Widely beloved, especially in the United States and Canada, for such classic rock songs as "American Woman," "No Time," "These Eyes" "No Sugar Tonight," "Undun" and "Share The Land," the Original TGW disbanded in 1975.

2.      The claims herein arise from a deceptive scheme subsequently concocted by Defendants to assemble a band of hired musicians (the "Cover Band") to perform live concerts, record albums, and advertise and promote such concerts and albums using The Guess Who band name and trademark, falsely misleading the general public by giving the impression that this Cover Band includes performances by the highly regarded legendary musicians, Cummings and Bachman of the Original TGW, all for the sole purpose of Defendants' own greed and commercial gain. Defendants' false and deceptive advertisements, marketing, promotions and posts to social media imply that this "hired" Cover Band's performances include members of the Original TGW, including Plaintiffs. Defendants' devious design to mislead the public is pervasive and widespread, including giving statements in interviews creating the false impression that the Cover Band is affiliated with or includes Plaintiffs.

COMPLAINT

3.      Defendants' false and misleading tactics include their hiring and control of the Cover Band coupled with numerous other maneuvers such as utilizing Cummings' vocal recordings on Original TGW albums and embodying them in commercial advertisement videos to give the false impression that Plaintiffs will be performing at the Cover Band's live shows. Additional tactics include Defendants' authorization of online video advertisements containing songs written by Plaintiffs without obtaining appropriate synchronization or master use licenses, along with utilizing photographs of Cummings in the Cover Band's advertisements of their live shows. Defendants further post Original TGW recordings and songs originally written or co-written by Plaintiffs in their video advertisements and online ticketing agendas to Instagram, Facebook and YouTube to further their duplicitous marketing tactics.

4.      Defendants' tactics also include removing Plaintiffs' images and photographs on Wikipedia and the landing pages of music streaming platforms such as Spotify, Apple Music and Deezer, as well as surreptitiously replacing the images of the Original TGW with images of the Cover Band for the purpose of implying that the Cover Band is the Original TGW in an effort to boost the Cover Band's ticket sales for live performances and to give the false impression that Plaintiffs are performing as part of the Cover Band or have an affiliation with the Cover Band.

5.      Defendants' deceptive scheme is by design: Kale has publicly stated in an interview that his intent was to hire "*a band of trained monkeys out there just to piss* [Cummings] *off.  I'd love to take the high road, but I'm not going to.*"[1]

6.      In recent promotions to market and boost ticket sales for a February 2024 performance in the Los Angeles area, the Cover Band's advertisements include language such as "*The Guess Who are a group that's connected the masses for decades with a virtual hit parade spanning 14 Top 40 hits, including 'These Eyes,'*

---

[1] *https://www.winnipegfreepress.com/breakingnews/2012/11/17/former-guess-who-friends-now-bitter-enemies*.

COMPLAINT

*'Clap for the Wolfman' and 'Hand Me Down World*,'" implying that Plaintiffs and the Original TGW will be performing. Other language in their advertisements include: "*Add in classics and double-sided singles like their #1 rock anthem 'American Woman' and 'No Sugar Tonight,' and the Canadian-bred stateside conquerors are among rock music's most indelible treasures, eternally etched within the very fabric of pop culture history.*"[2]

7. In promoting various recent shows to online ticket sales websites, Defendants describe the Cover Band as "*a troupe of true musical luminaries who through over four decades in show business have been loaded with more hits than members can count. . . . The name is none other than The Guess Who, a group that's connected with the masses throughout an exultant hit parade including 'These Eyes,' 'Clap For the Wolfman,' 'Hand Me Down World,' 'No Time,' 'Star Baby' and 'Share the Land.*'"[3] By portraying the Cover Band as a band of "*musical luminaries*" that is "connected" to hit songs that the Original TGW recorded and released in the 1960s and 1970s to elevate ticket sales for the Cover Band's performances, these promotional materials falsely imply that the concerts will feature members of the Original TGW and Plaintiffs.

8. Because Defendants, through the Cover Band's manager, must approve of all "advertisement and publicity" of any performance by the Cover Band "prior to being released to the general public," Defendants have stamped their imprimatur on the promotional statements displayed on online ticket sale platforms such that the statements contained in these materials are equally attributable to Defendants. *See* https://www.theguesswho.com/info/TheGuessWho_Rider_ PartA.pdf.

---

[2] *See* https://bapacthousandoaks.com/show-details/the-guess-who.

[3] https://www.celebritytalent.net/sampletalent/819/the-guess-who/. *See also* https://arlingtonmusichall.net/events/https-www-eventbrite-com-e-the-guess-who-tickets-153860180943/ (same); https://www.thepalacetheatre.org/concerts-events/guess-who/ (same); https://nortoncenter.com/event/the-guess-who/ (same); https://broomearts.org/event/the-guess-who/ (same); https://www.nowplayingaustin.com/event/the-guess-who-live-in-concert-at-one-world-theatre/ (same).

COMPLAINT

9.     For example, the Cover Band's website contains a page listing the discography for "The Guess Who," but this discography list intermingles the studio albums by the Original TGW with the two recently released albums by the Cover Band. *See* https://www.theguesswho.com/discography/. By conflating the Original TGW's discography with the Cover Band's discography, the Cover Band's website deceives consumers into believing that the Cover Band is the same as the Original TGW and that Plaintiffs and other members of the Original TGW are featured on the Cover Band's two recently released albums, which have garnered little to no acclaim, and certainly no Billboard charting hits.

10.     Defendants have also commandeered control of the YouTube Official Artist Channel containing video performances of the Original TGW and interspersed a limited collection of music by and videos of the Cover Band, but these videos are intermingled with music and videos featuring the Original TGW. *See* https://www.youtube.com/@theguesswho/featured. This intermingling of music and videos falsely suggests that the Cover Band and the Original TGW are one and the same.

11.     Defendants' false advertisements and marketing have led to confusion and outrage by fans and consumers, many of whom have taken to social media to share their experiences of being deceived into buying tickets to see the Cover Band because of advertising and promotion by Defendants implying that the Cover Band's live performances will include Plaintiffs.

## Summary of the Action

12.     Plaintiffs are well-known legendary rock musicians, songwriters and performers.

13.     Cummings is best known for his role as the lead singer of The Guess Who from 1965 to 1975, after which period the Original TGW disbanded. During Cummings' tenure, The Guess Who released its greatest hits and most commercially

-4-

successful albums. Bachman is a highly regarded musician and the lead guitarist of the Original TGW. Plaintiffs wrote and/or co-wrote The Guess Who's biggest chart toppling hits, which still enjoy extreme popularity today as some of music's most recognizable classic rock songs recognized throughout the world, including "American Woman," "No Time," "These Eyes," "No Sugar Tonight," "Undun" and "Share The Land." Plaintiff Cummings recorded and co-wrote on every one of the 12 studio albums that The Guess Who recorded and released prior to their disbanding. Bachman wrote and/or co-wrote on no less than 4 studio albums during the band's most successful period.

14. Following Bachman's initial departure from The Guess Who in 1970, he went on to cofound (among other groups) Bachman–Turner Overdrive (BTO), another enormously successful Canadian rock band with such popular hit singles as "Takin' Care of Business" and "You Ain't Seen Nothing Yet."

15. Cummings also enjoyed substantial success as a solo artist after the disbanding of the Original TGW with hit songs such as "Stand Tall," "Break It To Them Gently" and "You Saved My Soul."

16. Kale, a bassist, and Peterson, a drummer, were fellow original members of The Guess Who. Kale was kicked out of the group in 1972 by his bandmates, and then went on to join the band Scubbaloe Caine, releasing only one album until they disbanded in 1975.

17. In the 1980s, Kale and Peterson covertly formed a partnership without Plaintiffs and have been exploiting the band name, The Guess Who, and have authorized hired musicians, whom are the current Cover Band performing to utilize The Guess Who band name.

18. Defendants' deceptive and underhanded conduct described herein has damaged Plaintiffs' reputations by alienating them from many of their most fervent fans who feel they have been "duped" and limiting Plaintiffs' ability to perform and

sell tickets to their live performances in the United States, since venues believe that the Cover Band meets the demand of consumers to hear The Guess Who when it most certainly does not.

19.    Accordingly, to protect both consumers and Plaintiffs' reputation from Defendants' deceptive conduct, Plaintiffs bring this action. Plaintiffs seek both injunctive and monetary relief.

## **The Parties**

20.    Plaintiff Cummings is an individual residing in the county of Los Angeles, State of California.

21.    Plaintiff Bachman is an individual residing in British Columbia, Canada.

22.    Upon information and belief, defendant James Kale is an individual residing at 31 Hemlock Place, Winnipeg, Manitoba R2H1L9.

23.    Upon information and belief, defendant Garry Peterson is an individual residing at 3640 North Indianhead Road, Hernando, Florida 34442.

24.    Upon information and belief, defendant The Guess Who is a Canadian partnership comprised of defendants Kale and Peterson with a principal place of business at 31 Hemlock Place, Winnipeg, Manitoba, Canada R2H1L9.

25.    Plaintiffs are informed and believe and based thereon allege pursuant to Local Rule 19-1 that the fictitiously named defendants sued herein as Does 1 through 10, inclusive, and each of them, are in some manner responsible or legally liable for the actions, events, transactions and circumstances alleged herein. Plaintiffs are informed and believe and based thereon allege that one or more of the Doe defendants conspired with and/or aided and/or abetted one or more of the named defendants in their wrongful conduct as alleged herein. The true names and capacities of such fictitiously named defendants, whether individual, corporate, associate or otherwise, are presently unknown to Plaintiffs, and Plaintiffs will seek

COMPLAINT

leave of court to amend this Complaint to assert the true names and capacities of such fictitiously-named defendants when the same have been ascertained. All defendants, including the named defendants and the Doe defendants, are sometimes collectively referred to herein as "Defendants."

26.     Plaintiffs are informed and believe and based thereon allege that the Defendants, and each of them, were and/or currently are the agents, employees, partners, joint venturers, co-conspirators, owners, principals and/or employers of the remaining Defendants, and each of them are, and at all times herein mentioned were, acting within the course and scope of that agency, partnership, employment, conspiracy, ownership and/or joint venture. Plaintiffs are further informed and believe and based thereon allege that the acts and conduct herein alleged of each such Defendant were known to, authorized by and/or ratified by the other Defendants, and each of them. Plaintiffs are further informed and believe and based thereon allege that Defendants, and each of them, were aware of, complicit in, cooperated with and/or unfairly benefitted from the wrongful conduct of defendants Kale, Peterson and the Partnership as alleged herein.

## **Jurisdiction and Venue**

27.     The Court has jurisdiction over the subject matter of this action under Section 39(a) of the Lanham Act, 15 U.S.C. § 1121(a), and Sections 1331 and 1338(a) and (b) of the Judicial Code, 28 U.S.C. §§ 1331, 1338 (a) & (b), and under principles of supplemental jurisdiction, 28 U.S.C. § 1367.

28.     The Court has personal jurisdiction over Defendants because (1) they have conducted substantial business in the State of California and in this District by advertising, promoting, offering, selling and providing their goods/services to residents of this District; (2) they have derived financial benefits from residents of the State of California by conducting business in the State of California; (3) they have purposefully availed themselves of the privilege of conducting business within

-7-

the State of California; (4) they have sought the protection and benefits of the laws of the State of California; and (5) the causes of action in this Complaint arise from Defendants' activities within and actions targeted at the State of California.

29.     Venue is proper under Sections 1391(b) and (c) of the Judicial Code, 28 U.S.C. §§ 1391(b) and (c), because a substantial part of the events giving rise to Plaintiffs' claims occurred in this District and because most of the Defendants are not residents of the United States.

**Facts Common to All Claims**

**A.     The Original The Guess Who**

30.     The Original TGW was initially comprised of Cummings on vocals and keyboard, Bachman on lead guitar, Kale on bass guitar and Peterson on drums.

31.     The Original TGW released a dozen studio albums and top Billboard charting hit singles during the mid-1960s to the mid-1970s and became one of the most successful and well-known rock bands during this time in the United States and Canada.

32.     For example, the Original TGW released the single "These Eyes," which Cummings and Bachman cowrote, in 1969. It was the group's first top ten single on the *Billboard* Hot 100 record chart. "These Eyes" reached a coveted Gold certification by the Recording Industry Association of America ("RIAA") for selling over one million copies.

33.     In 1970, the Original TGW released its most famous album, *American Woman*, which achieved gold certification by the RIAA for its sales success. *American Woman* reached number nine in the United States on the *Billboard* Top LPs & Tape record chart for albums (now known as the *Billboard* 200), and it remained on the chart for 55 weeks.

34.     *American Woman* includes several hit songs: the titular song, which was released as a single and enjoyed three weeks as number one on the *Billboard*

-8-

Hot 100, and the single "No Time," which peaked at number five on the record chart. Plaintiffs cowrote "American Woman," "No Sugar Tonight/New Mother Nature" and "No Time."

35.     The Original TGW ended in 1975 after putting out its final studio album, *Power in the Music*, that year. A handful of archival recordings from 1970 were retroactively released as *The Way They Were* in 1976. Although the band's legendary, chart-topping era concluded by that point, its hit songs have remained popular during the decades since.

**B.     The Original TGW Reunions**

36.     The Original TGW, including Plaintiffs, would go on to perform together on various reunion tours at high-profile concerts from the 1980s to the early 2000s.

37.     The principal four members of the Original TGW (namely, Plaintiffs, Kale and Peterson) reunited for the first time in 1983 to play about a dozen concerts throughout Canada. A vinyl album, CD and VHS/Beta movie of the tour titled *Together Again* were released.

38.     Plaintiffs, Kale and Peterson came together again in the early 2000s. After playing at the closing ceremonies of the Pan American Games, they attempted to mount another reunion tour including all four members of the Original TGW. Approximately a week before the second reunion tour was to begin, however, it became evident that Kale would be unable to perform adequately due to substance abuse problems. He was once again replaced on bass by Bill Wallace.

39.     Joined as well by Donnie McDougall (who had previously joined the Original TGW on guitar in 1972), the resulting lineup proceeded to tour as The Guess Who from 2000 through 2003. In addition, through their jointly-owned corporate entity GW 2000, Ltd, they commercially released a DVD recording of their performances in 2004.

COMPLAINT

**C.     Covert and Deceptive Plan**

40.     Without Plaintiffs' knowledge or consent, in 1986—nearly 15 years after being forcibly ejected from the Original TGW—Kale covertly registered THE GUESS WHO as a service mark in the United States. He applied for and obtained a federal registration of THE GUESS WHO covering entertainment services in International Class 41 under registration number 1425229.

41.     In his registration application, Kale falsely misrepresented to the United States Patent and Trademark Office, among other things, that THE GUESS WHO was first used in commerce for entertainment services in November 1977. But by that point, the Original TGW—which used the mark exclusively and continuously from 1965 through 1975—had already disbanded. Upon information and belief, no one (including Kale or Peterson) performed live anywhere as The Guess Who in 1977.

42.     In 2005, Kale assigned his purported rights in the 1986 THE GUESS WHO trademark registration to a partnership he formed with Peterson (but without Plaintiffs) which claims to have a principal place of business in Canada.

43.     Over the course of 2000 to 2012, Defendants applied for and obtained three additional federally-registered marks for THE GUESS WHO covering entertainment-related goods and services in International Classes 9 and 41, all of which are registered in the name of the Partnership.

**D.     The Guess Who Cover Band**

44.     Defendants developed a scheme to assemble the Cover Band to perform as The Guess Who at music venues around the United States and to release music albums under the same name.

45.     Kale has not performed publicly with the Cover Band since 2016.

46.     Peterson infrequently performs with the Cover Band.

-10-

COMPLAINT

47.     The Cover Band released albums under the name The Guess Who in 2018 and 2023.

48.     Upon information and belief, Defendants have authorized members of the Cover Band to perform as The Guess Who and to promote their live performances and music albums using The Guess Who name and the GUESS WHO Marks in exchange for commercial gain.

49.     Upon information and belief, the Cover Band has performed numerous songs originally recorded and released by the Original TGW at live performances in which none of the original members of the Original TGW (including defendants Kale or Peterson) performed with the Cover Band, including but not limited to the following performances:

- September 17, 2022, Arbogast Performing Arts Center in Troy, Ohio
- October 2, 2022, The Palace Theatre in Canton, Ohio
- October 29, 2022, Glema Mahr Center for the Arts in Madisonville, Kentucky
- November 9, 2022, Riviera Theatre in North Tonawanda, New York
- November 11, 2022, Weinberg Center for the Arts in Frederick, Maryland
- November 12, 2022, Shea Center for Performing Arts in Wayne, New Jersey
- November 18, 2022, Donnell Theater in Findlay, Ohio
- January 26, 2023, Performing Arts Center at Kent State Tuscarawas in New Philadelphia, Ohio
- January 27, 2023, Robins Theater in Warren, Ohio
- January 29, 2023, Effingham Performance Center in Effingham, Illinois
- February 23, 2023, Oxford Performing Arts Center in Oxford, Alabama
- April 2, 2023, The Arcada Theater in St. Charles, Illinois

-11-

COMPLAINT

- April 13, 2023, Hettenhausen Center for the Arts in Lebanon, Illinois
- April 14, 2023, Norton Center for the Arts in Danville, Kentucky
- April 15, 2023, Ritz Theatre in Tiffin, Ohio
- May 12, 2023, Admiral Theatre in Bremerton, Washington
- May 14, 2023, Pantages Theater in Tacoma, Washington
- May 18, 2023, Blue Ocean Music Hall in Salisbury, Massachusetts
- May 19, 2023, Tilles Center for the Performing Arts in Brookville, New York
- May 20, 2023, American Music Theatre in Lancaster, Pennsylvania
- May 31, 2023, Grand Falls Casino Resort in Larchwood, Iowa
- June 2, 2023, Skyline Event Center in Tulsa, Oklahoma
- June 28, 2023, Edward A. Kenley Centennial Amphitheater in Layton, Utah
- June 30, 2023, Symphony Hall in Duluth, Minnesota
- July 2, 2023, Surf Ballroom in Clear Lake, Iowa
- July 22, 2023, Ferro Pavilion in Williams Bay, Wisconsin
- July 28, 2023, Harborfest in Oswego, New York
- July 29, 2023, Point of the Bluff Vineyards in Hammondsport, New York
- August 17, 2023, Erie County Fair in Hamburg, New York
- August 18, 2023, Tupelo Music Hall in Derry, New Hampshire
- August 19, 2023, Public Square in Wilkes-Barre, Pennsylvania
- August 21, 2023, Lorain County Fairgrounds in Wellington, Ohio
- September 21, 2023, Robins Theatre in Warren, Ohio
- September 22, 2023, Temple Theatre in Saginaw, Michigan
- September 23, 2023, Golden Nugget Casino in Atlantic City, New Jersey

-12-

COMPLAINT

- October 6, 2023, Stephens Auditorium in Ames, Iowa
- October 7, 2023, Grand Casino Mille Lacs Event Center in Onamia, Minnesota
- October 12, 2023, Mary G. Steiner Egyptian Theater in Park City, Utah
- October 13, 2023, Mary G. Steiner Egyptian Theater in Park City, Utah
- October 14, 2023, Mary G. Steiner Egyptian Theater in Park City, Utah
- October 15, 2023, Mary G. Steiner Egyptian Theater in Park City, Utah
- October 20, 2023, Golden Nugget Casino in Las Vegas, Nevada

50.    Despite often performing with none of the original members of the Original TGW, the Cover Band invariably performs the hit songs originally released by the Original TGW and written or co-written by Plaintiffs.

51.    The Cover Band's performances regularly take place at various venues with a few hundred to several thousand seats, and ticket prices often run from $50 to over $375. According to the Cover Band's website, in 2022, the Cover Band performed 43 live concerts and is scheduled to perform 57 live concerts by the end of 2023. *See* https://www.theguesswho.com/on-tour/.

**E.    Defendants' False Advertising**

52.    Over the past two years, in an effort to book more shows and increase attendance, Defendants have escalated their efforts to deceive the public by taking affirmative steps to convince concertgoers that the Cover Band's performances include the members of the Original TGW, including Plaintiffs. Defendants' scheme exploits The Guess Who name to engage in false advertising that boosts the Cover Band's ticket and album sales by deceiving consumers into believing that the Cover Band is affiliated or synonymous with the Original TGW and, therefore, Plaintiffs are involved with the Cover Band's live performances and albums.

53.    By leveraging The Guess Who to promote live performances and sell concert tickets for concerts at which "The Guess Who" will perform classic hit

-13-

COMPLAINT

1  songs that the Original TGW released, Defendants are knowingly, willfully and
2  intentionally misleading consumers into believing that Plaintiffs and other members
3  of the Original TGW will perform at the Cover Band's live performances and are
4  featured on the Cover Band's albums.

5       54.    To protect his rights, in April and May 2023, Cummings and music
6  publisher, Shillelagh Music sent the Cover Band's manager, Randy Erwin, cease-
7  and-desist letters objecting to the Cover Band's use of Cummings' photographs,
8  image and music containing his vocals in their advertisements to promote live
9  performances on social media because doing so created the false and misleading
10  implication that the performances would feature Plaintiffs.

11      55.    Although the Cover Band's manager responded to the April and May
12  2023 letters that immediate action would be taken, false and misleading statements
13  by the Cover Band persist today.

14      56.    On October 3, 2023, Cummings sent the Cover Band's attorney a
15  cease-and-desist letter objecting to the Cover Band's false and misleading use of
16  The Guess Who name. No substantive response was received, and no remedial
17  actions have been taken.

18      57.    Examples of the Cover Band's false and misleading statements and
19  conduct are widespread and rampant. For example, in promoting various concerts
20  over the recent years, online ticket sales websites describe the Cover Band as "*a
21  troupe of true musical luminaries who through over four decades in show business
22  have been loaded with more hits than members can count. . . . The name is none
23  other than The Guess Who, a group that's connected with the masses throughout an
24  exultant hit parade including 'These Eyes,' 'Clap For the Wolfman,' 'Hand Me
25  Down World,' 'No Time,' 'Star Baby' and 'Share the Land.'*" See
26  https://www.celebritytalent.net/sampletalent/819/the-guess-who/. *See also*
27  https://arlingtonmusichall.net/events/https-www-eventbrite-com-e-the-guess-who-
28

-14-

COMPLAINT

tickets-153860180943/ (same); https://www.thepalacetheatre.org/concerts-events/guess-who/ (same); https://nortoncenter.com/event/the-guess-who/ (same); https://broomearts.org/event/the-guess-who/ (same); https://www.nowplayingaustin.com/event/the-guess-who-live-in-concert-at-one-world-theatre/ (same); https://wendoverfun.com/shows/the_guess_who/ (same); https://cantonpalacetheatre.org/event/the-guess-who/ (same).

58.     Promotions for a February 2024 performance in the Los Angeles area similarly advertise, for example: "*The Guess Who are a group that's connected the masses for decades with a virtual hit parade spanning 14 Top 40 hits, including 'These Eyes,' 'Clap for the Wolfman' and 'Hand Me Down World.*' Add in classics and double-sided singles like their #1 rock anthem 'American Woman' and 'No Sugar Tonight,' and the Canadian-bred stateside conquerors are among rock music's most indelible treasures, eternally etched within the very fabric of pop culture history." *See* https://bapacthousandoaks.com/show-details/the-guess-who.

59.     By portraying the Cover Band as a band of "musical luminaries" that is "connected" to hit songs that the Original TGW recorded and released in the 1970s in connection with ticket sales for the Cover Band's performances, these promotional materials falsely imply that the concerts will feature members of the Original TGW such as Plaintiffs.

60.     Because Defendants, through the Cover Band's manager, must approve of all "advertisement and publicity" of any performance by the Cover Band "prior to being released to the general public," Defendants have stamped their imprimatur on the promotional statements displayed on online ticket sale platforms such that the statements contained in these materials are equally attributable to Defendants. *See* https://www.theguesswho.com/info/TheGuessWho_Rider_PartA.pdf.

61.     The Cover Band also uses social media to post and share articles in connection with promoting its live performances. For example, to promote

upcoming tour dates, the Cover Band shared on Facebook an August 2023 article in *Goldmine* covering an interview of Derek Sharp, the Cover Band's vocalist, and describing the Cover Band as follows: "With 14 Top 40 singles—including the legendary FM radio staple 'American Woman'—The Guess Who has played a massive role in classic rock history. These days, The Guess Who is still rolling, perpetuating the good word of '60s and '70s rock to an adoring and everlasting fanbase." *See* https://www.goldminemag.com/10-albums-that-changed-my-life/10-albums-that-changed-my-life-derek-sharp-of-the-guess-who.





62.     Similarly, in connection with promoting an October 2023 concert, the Cover Band shared a Facebook post by the concert venue, Andiamo Celebrity Showroom. The Facebook post, which is accompanied by a photograph of the Cover Band, impliedly attributes to the Cover Band many of the Original TGW's hit songs, such as "Shakin' All Over" and "American Woman," despite the fact that members of the Original TGW originally wrote, recorded and released those songs.

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20



21    63.    The Cover Band also uses social media to share deceiving posts

22 containing old photographs of the Original TGW to promote upcoming live concerts

23 by the Cover Band. For example, in a Facebook post on September 2, 2022, the

24 Cover Band shared a post by a music venue that includes a 1969 photograph of

25 Plaintiffs and other members of the Original TGW. The Cover Band's post

26 promotes an upcoming show and uses the photograph to deceive consumers into

27 believing that the people depicted in it—Plaintiffs and the Original TGW's other

28

COMPLAINT

members—would be performing at the advertised concert:



64. In a Facebook post from September 15, 2022, the Cover Band shared a photograph from when the Original TGW performed at the White House in 1970. The post, which is shown below, includes a photograph depicting several members of the Original TGW, implying that Plaintiffs and other members of the Original TGW are involved with the Cover Band:

COMPLAINT





**The Guess Who**
September 15, 2022 · 🌐

#ThrowBackThursday HEADLINE 1970! You never know who you're going to meet...
Pictured below, from R to L:  Princess Royal Anne, Burton Cummings, Patricia Nixon Cox, Garry Peterson, Julie Nixon Eisenhower, David Eisenhower, Prince Charles aka King Charles III (also pictured Jim "Jumbo" Martin farthest left background). This photo was taken at an event at the White House, that had The Guess Who performing as musical guest along with Gary Puckett accompanied by The Marine Command Band, on its South Lawn for contributors of then President Richard Nixon's Presidential campaign.
.
.
.
www.theguesswho.com
#TheGuessWho #Memory #RevisitingThePast #ContinuingTheLegacy #TGW #KingCharlesIII #WhiteHouse #Nixon #Eisenhower #RoyalFamily #Prince #Princess #President #Musicians #Throwback

👍❤️😮 517                                                    34 comments  37 shares

65.    Although the Cover Band has released two (2) albums using The Guess Who name and the GUESS WHO Marks, the Cover Band's album sales, like its ticket sales, are dependent upon Defendants' scheme to deceive consumers into believing that albums released by the Cover Band feature members of the Original TGW, such as Plaintiffs, because the Cover Band releases the albums under the

COMPLAINT

name "The Guess Who" and promotes them alongside songs and albums by the Original TGW.

66.     For example, the Cover Band's website contains a page listing the discography for "The Guess Who," but this discography list intermingles the studio albums by the Original TGW with the newer albums by the Cover Band. *See* https://www.theguesswho.com/discography/.

67.     By conflating the Original TGW's discography with the Cover Band's discography, the Cover Band's website deceives consumers into believing that the Cover Band is the same as the Original TGW and that Plaintiffs and other members of the Original TGW are featured on the Cover Band's newer albums:



68.     Defendants have also wrongfully gained control of the "Spotify for Artists" official streaming page for The Guess Who, along with the official artist page for The Guess Who on other digital service provider platforms such as Tidal,

COMPLAINT

1  Apple Music and Deezer. Screenshots of these artist pages are shown below.



Spotify, https://open.spotify.com/artist/0cQuYRSzlItquYxsQKDvVc



Tidal, https://tidal.com/browse/artist/4427

-21-



Apple Music, https://music.apple.com/us/artist/the-guess-who/216203



Deezer, https://www.deezer.com/us/artist/4254

69.     These artist pages intermingle music by the Original TGW with music by the Cover Band, and Defendants in some cases replaced photographs of the Original TGW members with photographs of the Cover Band's members to further

COMPLAINT

1    sow confusion that they are the same as the Original TGW. This intermingling of

2    music and use of the Cover Band's photographs creates the false and misleading

3    impression that the music all comes from the same source, such that Plaintiffs and

4    members of the Original TGW are involved with the Cover Band's newer albums

5    and the Cover Band's members were involved with the Original TGW's classic

6    songs and albums.

7          70.    Defendants have also commandeered control of the YouTube Official

8    Artist Channel for The Guess Who. The YouTube Official Artist Channel includes a

9    limited collection of music by and videos featuring the Cover Band, but these videos

10   are intermingled with music and videos featuring the Original TGW. *See*

11   https://www.youtube.com/@theguesswho/featured. This intermingling of music and

12   videos falsely suggests that the Cover Band and the Original TGW are one and the

13   same.

14   **F.    Harm to Consumers and Plaintiffs**

15         71.    Defendants' deception is material and harmful to consumers. Indeed,

16   there are numerous instances in which fans and potential consumers have posted

17   comments on Facebook, YouTube, and other platforms expressing either confusion

18   about who will perform at the Cover Band's advertised performances or

19   disappointment and outrage at being tricked into purchasing tickets to one of the

20   Cover Band's concerts under the false belief that Plaintiffs and other members of the

21   Original TGW would be performing.

22         72.    For example, in response to a Facebook post promoting a future

23   performance by the Cover Band, one user expressed his uncertainty about who is

24   pictured in the post. The comment also describes a past concert by the Cover Band

25   where the vocalist spoke about when "we recorded" a particular song by the

26   Original TGW and the audience responded by booing because the Cover Band tried

27   to pass itself off as the Original TGW. The Facebook comment is shown below.

28

COMPLAINT

1
2
3
4
5
6
7
8
9



10    73.    Similarly, in comments on a music venue's Facebook live feed for one
11  of the Cover Band's performances in April 2023, users expressed uncertainty about
12  who was performing, and one user even commented, "Where's Burton?" Some of
13  these comments are shown below.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT

74.     Actual consumers of the Cover Band's performance tickets have also taken to Facebook to express anger that they were deceived by the Cover Band into believing that Plaintiffs would be performing at one of the Cover Band's concerts, bought a ticket, and then were surprised when Plaintiffs did not appear. For example, in one post on a Facebook page named "The Burton Cummings Faithful," a user says they were "shocked" that Cummings did not perform at a recent performance they attended for the Cover Band and felt "duped" by Defendants' advertising for the performance. Several users commented on the post, echoing these concerns and, in many cases, explaining how they have similarly been deceived by Defendants' false and misleading advertising. This Facebook post and many of the accompanying comments are shown below.



COMPLAINT

**Rick Deerfield**
A lot of people have been fooled by the phony Guess Who. Even worse are all the people who don't even realize that this is not the real Guess Who.
Like   Reply   6h

**Roger Brace**
As bad as The Beach Boys without Brian Wilson and Al Jardine.
Like   Reply   6h     3
↳    John Dooley replied · 1 Reply 5h

**Dave Sweet**
Same thing happened to us a cpl years back. Very disappointing
We went to see Burton
Like   Reply   6h

**David Womack**
I know some Americans from Kansas who saw shows in Kansas this year and, yes, they were pissed.
Like   Reply   6h

**Constance Bell**
No Burton with a "Guess Who" band would be like "Journey " without Steve Perry. I'm sorry you were misled by this. Just know that Ya have to search for concert by Burton's name. Now if he would only come to Florida my bucket list would be complete.
Like   Reply   6h

**Herb Spalding**
They should rename this Klone band, "Guess Again."
Like   Reply   6h     4

75.    Defendants' false advertising is also harming Plaintiffs' reputations. They have received numerous emails from fans expressing anger that they were tricked into wasting money on tickets for one of the Cover Band's concerts based on the false impression—created by Defendants' advertising—that Plaintiffs would be performing. As a result, Plaintiffs have been alienated from many of their fans, which has hampered Bachman's and Cummings' ability to garner tickets sales for their own performances.

76.    Due to Defendants' false advertising, and their refusal to discontinue such false advertising or police how the Cover Band uses The Guess Who name and the GUESS WHO Marks, Plaintiffs are now forced to bring this Complaint to protect consumers and Plaintiffs' reputation.

COMPLAINT

77.     The false and misleading statements by Defendants have caused and will continue to cause irreparable damage to consumers and to Plaintiffs' goodwill and reputation amongst their fans unless permanently restrained by this Court.

78.     Defendants' scheme to deceive the public through false and misleading statements and conduct is knowing, intentional and willful.

79.     Plaintiffs have no adequate remedy at law.

### Count I: Federal False Advertising Under 15 U.S.C. § 1125(a)

80.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 79 above as if fully set forth herein.

81.     Defendants have made numerous false and misleading statements of fact in connection with their promotion of the Cover Band's performances, albums and songs.

82.     Defendants' conduct as set forth herein has caused and likely will continue to cause consumers to believe that Plaintiffs and other members of the Original TGW are involved with the Cover Band's performances, songs, albums and other entertainment-related services.

83.     Defendants' social media posts about albums and songs by the Original TGW to promote performances by the Cover Band are both literally and impliedly false.

84.     Defendants' conduct is material because it has impacted and is likely to impact the purchasing decisions of consumers.

85.     Defendants' conduct constitutes commercial advertising or promotion that misrepresents the nature, characteristics, or qualities of the services they provide through the Cover Band.

86.     Accordingly, Defendants' actions constitute false advertising in violation of Section 43(a)(1)(B) of the Lanham Act, 15 U.S.C. § 1125(a).

87.     Plaintiffs have no adequate remedy at law.

**Count II: Unfair Competition Under Cal. Bus. & Prof. Code §§ 17200 *et seq.***

88.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 87 above as if fully set forth herein.

89.     The aforesaid conduct of Defendants—false advertising—constitutes unfair competition in violation of California Business & Professions Code §§ 17200 *et seq*.

90.     Defendants' conduct is causing immediate and irreparable injury to Plaintiffs and will continue to damage Plaintiffs and deceive the public unless enjoined by this Court.

91.     Plaintiffs have no adequate remedy at law.

**Count III: False Advertising Under Cal. Bus. & Prof. Code §§ 17500 *et seq.***

92.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 91 above as if fully set forth herein.

93.     The aforesaid conduct of Defendants constitutes unfair competition and false advertising in violation of California Business & Professions Code §§ 17500 *et seq*.

94.     Defendants' conduct as set forth herein has caused consumers to be, and consumers have been, misled and deceived into believing that Defendants' businesses and activities are associated with, sponsored by, or approved by Plaintiffs, when in fact they are not.

95.     Defendants knew or should have known that their conduct was likely to mislead consumers and the public.

96.     Defendants' conduct is causing immediate and irreparable injury to Plaintiffs and will continue both to damage Plaintiffs and deceive the public unless enjoined by this Court.

97.     Plaintiffs have no adequate remedy at law.

-28-

## **Count IV: Violation of Right of Publicity**

98.     Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 97 above as if fully set forth herein.

99.     Defendants knowingly, and without authorization or Cummings' consent, used the likeness of Cummings in numerous posts containing videos and photographs on multiple media platforms, including but not limited to Facebook and YouTube.

100.     Defendants have utilized and continue to utilize Cummings' likenesses for their own commercial advantage as a means of generating interest and profits for ticket sales and album sales generated by the Cover Band.

101.     As a result of Defendants' violation of Cummings' publicity rights, Defendants have injured Cummings.

102.     Defendants' conduct is causing immediate and irreparable injury to Plaintiffs and will continue both to damage Plaintiffs and deceive the public unless enjoined by this Court.

103.     Cummings has no adequate remedy at law.

**WHEREFORE**, Plaintiffs demand judgment as follows:

1.     Entering judgment for Plaintiffs on each of their claims.

2.     Directing that Defendants and their agents, representatives, licensees, successors or assigns, and all persons acting in concert or in participation with them, be immediately and permanently enjoined from:

(a)     using, or authorizing anyone from using, false and/or misleading advertising and promotion in connection with the Cover Band's live performances, albums, and songs;

(b)     making any statements implying that the Cover Band's performances, albums, or songs are in any way affiliated with the Original TGW or Plaintiffs;

COMPLAINT

(c)     sharing or reposting statements on any social media platform implying that the Cover Band's performances, albums, or songs are in any way affiliated with the Original TGW or Plaintiffs;

(d)     performing any songs originally recorded by the Original TGW without indicating that the Cover Band is a "tribute band" in all advertising and promotion for the performance;

(e)     using photographs of the Cover Band on any official artist page for any streaming music or video platform that hosts the music catalog of the Original TGW;

(f)     using photographs of the members of the Original TGW to advertise or promote any live performance, song, or album by the Cover Band, whether on social media or any other medium;

(g)     promoting, offering for sale, or selling the Cover Band's albums and songs on the same artist page of any streaming music or video platform that features the music catalog of the Original TGW;

(h)     aiding, assisting, or abetting any other party in doing any act prohibited by sub-paragraphs (a) through (g) above.

3.      Directing that Defendants deliver up to Plaintiffs' attorneys for destruction all products, labels, signs, stationery, prints, packages, promotional and marketing materials, advertisements, and other materials currently in their possession or under their control relating to the false and/or misleading statements pursuant to 15 U.S.C. § 1118.

4.      Directing that Defendants publish notice to members of the public, namely, current and future concertgoers, who may have seen or heard of Defendants' use of the false and/or misleading statements, which notice shall correct any false and/or misleading statements.

-30-

5.      Directing that Defendants publish notice to all music venues, distributors, brokers, retailers, tradeshows, sellers, customers, and other members of the trade who may have seen or heard of Defendants' use of the false and/or misleading statements, which notice shall correct any false and/or misleading statements.

6.      Directing that Defendants file with the Court and serve upon Plaintiffs' counsel within thirty (30) days after entry of judgment a report in writing under oath, setting forth in detail the manner and form in which they have complied with the above.

7.      Awarding Plaintiffs such damages they have sustained or will sustain in excess of $20,000,000.00 by reason of Defendants' acts of false advertising and unfair competition and that such sums be trebled pursuant to 15 U.S.C. § 1117.

8.      Awarding Plaintiffs all restitution that is recoverable under Cal. Bus. & Prof. Code §§ 17200 *et seq*. and Cal. Bus. & Prof. Code §§ 17500 *et seq*.

9.      Awarding Plaintiffs all other recoverable gains, profits, property, and advantages derived by Defendants from their unlawful conduct.

10.     Awarding to Plaintiffs exemplary and punitive damages to deter any further willful infringement as the Court finds appropriate.

11.     Awarding to Plaintiffs their costs and disbursements incurred in this action, including reasonable attorneys' fees pursuant to 15 U.S.C. §1117(a).

112.    Awarding to Plaintiffs interest, including pre-judgment interest, on the foregoing sums.

13.     Awarding to Plaintiffs such other and further relief as the Court may deem just and proper.

-31-

1

2  DATED: October 30, 2023      Respectfully submitted,

3

4                      YU LESEBERG, A Professional Law
Corporation

5

6                     /s/ Henry L. Self III

7                     HENRY L. SELF III

8

9                     FROSS ZELNICK LEHRMAN & ZISSU, P.C.
JAMES D. WEINBERGER (*pro hac vice* application forthcoming)

10                  PARKER C. EUDY (*pro hac vice* application forthcoming)

11

12                  *Attorneys for* Plaintiffs
BURTON CUMMINGS and RANDOLPH BACHMAN

-32-

COMPLAINT

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiffs Burton Cummings and Randolph Bachman hereby demand trial by jury in this action.

DATED: October 30, 2023         Respectfully submitted,

YU LESEBERG, A Professional Law Corporation

 /s/ Henry L. Self III           
HENRY L. SELF III

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
JAMES D. WEINBERGER (*pro hac vice* application forthcoming)
PARKER C. EUDY (*pro hac vice* application forthcoming)

*Attorneys for* Plaintiffs
BURTON CUMMINGS and
RANDOLPH BACHMAN

-33-

COMPLAINT