HENRY L. SELF III (CA Bar No. 223153)
**YU LESEBERG, A Professional Law Corporation**
1645 Vine St., Penthouse 1002
Los Angeles, California 90028
Tel: (310) 286-7667
Fax: (323) 872-4156
Email: hself@yuberg.com

JAMES D. WEINBERGER (admitted *pro hac vice*)
PARKER C. EUDY (admitted *pro hac vice*)
**FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900
Fax: (212) 813-5901
Email: jweinberger@fzlz.com
Email: peudy@fzlz.com

*Attorneys for Plaintiffs* BURTON CUMMINGS *and* RANDOLPH BACHMAN

*[Counsel for Defendants listed on signature page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BURTON CUMMINGS, an individual; and RANDOLPH BACHMAN, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>MICHAEL JAMES KALE, an individual; GARRY PETERSON, an individual; THE GUESS WHO, a Canadian partnership; and DOES 1–10,<br><br>  Defendants. | Case No.: 2:23-cv-09130-FLA-MRW<br><br>**STIPULATION OF DISMISSAL**<br><br>Hon. Fernando L. Aenlle-Rocha |

The parties to this matter, having resolved the claims of Plaintiffs Burton Cummings and Randolph Bachman (together, "Plaintiffs") against Defendants James Kale, Garry Peterson and The Guess Who Partnership ("Defendants"), hereby stipulate, by and through their counsel, to a dismissal with prejudice of Plaintiffs' claims pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

1   Plaintiffs and Defendants shall bear their own costs and attorneys' fees.

2   DATED: September 5, 2024       **FROSS ZELNICK LEHRMAN & ZISSU, P.C.**
3                                   JAMES D. WEINBERGER (admitted *pro hac vice*)
4                                   PARKER C. EUDY (admitted *pro hac vice*)

5                                   **YU LESEBERG, A P.L.C.**
                                    HENRY L. SELF III
6

7
                                    By:   */s/ James D. Weinberger*
8                                         James D. Weinberger

9                                   *Attorneys for Plaintiffs*

10  DATED: September 5, 2024       **PROSKAUER ROSE LLP**
                                    JONATHAN WEISS
11                                  SANDRA CRAWSHAW-SPARKS
                                    SETH VICTOR
12                                  JEFF WARSHAFSKY (admitted *pro hac vice*)
                                    JENNIFER YANG (admitted *pro hac vice*)
13

14
                                    By:   */s/ Jonathan Weiss*
15                                        Jonathan Weiss

16                                  *Attorneys for Defendants*

17

18

19

20

21

22  Statement of Authority to File Per Civil L.R. 5-4.3.4(a)(2)(i): I attest that all
23  signatories on this document and on whose behalf the filing is submitted concur in
24  the filing's content and have authorized the filing of this document.

25

26                                        */s/ James D. Weinberger*
                                          James D. Weinberger
27

28

STIPULATION OF DISMISSAL